UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SHEPHERD HOEHN, | ) ) | CAUSE NO. 1:21-cr-028-JMS-TAB |
| Defendant. | ) | |

FILED
12:51 pm, Feb 03, 2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## INFORMATION

The United States Attorney charges that:

### COUNT 1
Interference with Housing
42 U.S.C. § 3631

On or about June 18, 2020, in Marion County, in the in the Southern District of Indiana, the defendant, SHEPHERD HOEHN, did by force and threat of force, willfully intimidate and interfere with, and attempt to intimidate and interfere with, M.S., an African-American man, because of M.S.'s race and color and because M.S. was occupying a dwelling. Further, in the commission of said offense, SHEPHERD HOEHN did use of fire.

All in violation of Title 42, United States Code, Section 3631.

### COUNT 2
Unlawful Possession of a Firearm by an Unlawful User of, or Addicted to, a Controlled Substance
18 U.S.C. § 922(g)(3)

Between approximately June 18, 2020, and July 1, 2020, in Marion County, in the Southern District of Indiana, the defendant, SHEPHERD HOEHN, knowing himself to be an unlawful user of or addicted to a controlled substance (marijuana), did knowingly possess in or affecting interstate commerce, the following firearms:

| Manufacturer | Model | Caliber |
|---|---|---|
| SAR Arms | K2P (Pistol) | 9MM |
| Western Auto | Revelation 76 (revolver) | .22 |
| Stag Arms | Stag 15 (AR-15 Rifle) | .556 MM |
| Browning | Sweet (Shotgun) | 16 GA |
| Unknown | Unknown (Shotgun) | 12 GA |
| Ithaca | 72 Saddlegun (Rifle) | .22 |
| Savage Arms | 93R17 (Rifle) | .17 |

All in violation of Title 18, United States Code, Section 922(g)(3).

## FORFEITURE

Pursuant to Title 18 United States Code 924(d)(1) by 28 United States Code 2461(c), if convicted of the offense set forth in Count Two of the Information, the defendant shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense, including the following items seized by law enforcement:

| Manufacturer | Model | Caliber |
|---|---|---|
| SAR Arms | K2P (Pistol) | 9MM |
| Western Auto | Revelation 76 (revolver) | .22 |
| Stag Arms | Stag 15 (AR-15 Rifle) | .556 MM |
| Browning | Sweet (Shotgun) | 16 GA |
| Unknown | Unknown (Shotgun) | 12 GA |
| Ithaca | 72 Saddlegun (Rifle) | .22 |
| Savage Arms | 93R17 (Rifle) | .17 |

1 Ammunition cannister and ammunition;

1 Wooden box and ammunition;

1 Black bag and ammunition;

Assorted ammunition;

7 Firearm magazines and ammunition;

Partially burnt wooden cross;

Sign;

Drug paraphernalia;

JOHN E. CHILDRESS
Acting United States Attorney

By  _____
Bradley P. Shepard
Assistant United States Attorney

By  _____
Cindy J. Cho
Criminal Chief

GREGORY B. FRIEL
Deputy Assistant Attorney General
Civil Rights Division

By: _____
Katherine G. DeVar
Trial Attorney
Department of Justice