AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:21-cr-028-JMS-TAB |
| SHEPHERD HOEHN | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 02/12/2021

*Defendant's signature*

S/Harold Samuel Ansell
*Signature of defendant's attorney*

Harold Samuel Ansell
*Printed name of defendant's attorney*

*Judge's signature*

Jane Magnus-Stinson, Chief Judge
*Judge's printed name and title*